# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BUNMEE ROMERO, | ) | Case No.: 17-cv-07518 MRW |
| Plaintiff, | ) ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | ) ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant | ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 16, 2019

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

_____

Steven G. Rosales
Attorney for plaintiff Bunmee Romero